IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DARELL JONES,

Defendant.

8:20CR76

ORDER

This matter is before the court the Defendant's unopposed Motion to Continue Trial [19]. The parties are attempting to resolve this matter short of trial.  For good cause shown,

**IT IS ORDERED** that the Defendant's unopposed Motion to Continue Trial [19] is granted, as follows:

1. The jury trial, now set for September 22, 2020, is continued to **December 1, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 1, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  September 18, 2020.**

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge